# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| GELLERT DORNAY and MARK JONES, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>    v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey corporation,<br><br>                    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 3:21-cv-05646-DGE |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendant's Motion to Dismiss (Dkt. No. 27) is GRANTED and the First Amended Complaint (Dkt. No. 25) is DISMISSED with prejudice.

Dated May 20, 2022.

Ravi Subramanian
Clerk of Court

s/Ann Duke
Deputy Clerk